IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 21-277 |
| ZYAIR DANGERFIELD-HILL | : | |

## ORDER

**AND NOW,** this 19th day of September, 2022, after conducting an evidentiary hearing, and upon consideration of Defendant's Motion to Suppress (Doc. No. 29), the Government's Response (Doc. No. 30), and the Parties' Proposed Findings of Fact and Conclusions of Law (Doc. Nos. 44, 46), and all related submissions, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.